UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-mc-00075-LK |
| Plaintiff, | ORDER |
| v. | |
| ASHUTOSH BHARDWAJ, | |
| Defendant, | |
| v. | |
| Community Transit, | |
| Garnishee-Defendant. | |

This matter comes before the Court on the United States of America's Second Amended Application for Writ of Garnishment, pursuant to 28 U.S.C. § 3205, for money or property in which Defendant/Judgment Debtor, Ashutosh Bhardwaj, is believed to hold a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Community Transit. Dkt. No. 5 at 1–2.

ORDER - 1

Having reviewed the record in this matter, the Court ORDERS that the Clerk of Court shall issue the Second Amended Writ of Garnishment submitted by the United States, Dkt. No. 5-3, against Community Transit, whose address is:

> Community Transit
> 2312 W. Casino Road
> Everett, WA 98204

Dated this 19th day of March, 2026.

Lauren King
United States District Judge

ORDER - 2